IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 3:12CR015 |
| | | Judge Thomas M. Rose |
| v. | : | |
| PATRICK M. LEHMAN, | : | |
| Defendant. | : | |

## AMENDED FINAL ORDER OF FORFEITURE OF THE DEFENDANT PATRICK M. LEHMAN'S ASSETS

Upon Motion of the United States of America filed October 16, 2012 (Doc. 38) to amend the Final Order of Forfeiture entered August 28, 2012, (Doc. 35), to correct a clerical error, the Final Order of Forfeiture is hereby amended to reflect that only the following items are forfeited to the United States:

      a. Dell Inspiron MD #2305, Service Tag #55Q23P1;
      b. External Hard Drive, Serial No. unknown;
      c. HP Pavillion, Serial No. CNH7070KKZ;
      d. Green case with DVD's; and
      e. 2 Brown cases with DVD's.

All other terms of the Final Order of Forfeiture entered on August 28, 2012 remain the same.

SO ORDERED:

Dated: October 17, 2012

THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE